# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDGAR ARMANDO SAQUIC EQUILA,

     Petitioner,

   v.

PAM BONDI, et al.,

     Respondents.

) Case No. 5:26-00022-MWC-SP
)
)
)    **JUDGMENT**
)
)
)
)
)
)
)
)

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: <u>April 03, 2026</u>

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE